IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| LAVERNE BERRYHILL, | ) |
| Petitioner, | ) |
| vs. | ) Case No. CIV-14-373-JHP |
| U.S.A./U.S. Atty. 1st Assist. Wendy L. Johnson, | ) |
| Respondent. | ) |

## OPINION AND ORDER

This matter comes before the Court upon the filing of a Petition for Writ of Habeas Corpus, pursuant to 28 U.S.C. § 2241. After liberally construing said pleading in accordance with *Haines v. Kerner*, 404 U.S. 519, 520 (1972), this Court finds, based upon the allegations contained within the petition, that the petitioner is not entitled to the relief requested. Accordingly, this Court hereby orders the petition dismissed and orders the Clerk to notify the petitioner by sending him a copy of this Order. Moreover, the Court hereby denies a certificate of appealability.

It is so ordered on this <u>4th</u> day of September, 2014.

_____
James H. Payne
United States District Judge
Eastern District of Oklahoma